798 A.2d 83

CLAIRE PHILIPP, PLAINTIFF–RESPONDENT, v. ROBERT STAHL, DEFENDANT–APPELLANT.

Argued April 29, 2002—Decided June 12, 2002.

*James G. O'Donohue* argued the cause for appellant (*Hill Wallack,* attorneys).

*Anthony B. Vignuolo* argued the cause for respondent (*Borrus, Goldin, Foley, Vignuolo, Hyman & Stahl,* attorneys; *Jack Borrus* and *Peter A. Vignuolo,* of counsel and on the brief).

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in Judge Wecker's dissenting opinion, reported at 344 *N.J.Super.* at 274, 781 *A.2d* 1065 (2001).

*For reversal*—Chief Justice PORITZ and Justices STEIN, COLEMAN, LONG, VERNIERO, LaVECCHIA, and ZAZZALI join in this opinion—7.

*Opposed*—None.